# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANGSHENG CHEN, et al. | Case No. CV 16-2392 FMO (MRWx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 18th day of July, 2016.

/s/
Fernando M. Olguin
United States District Judge